IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LANDMARK TECHNOLOGY, LLC, | § | |
| | § | |
| vs. | § | CASE NO. 6:13cv411 JDL |
| | § | |
| iROBOT CORPORATION. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Landmark Technology, LLC's Motion to Dismiss (Doc. No. 49) ("Motion"). Defendant has filed a Notice of Non-Opposition (Doc. No. 50). Upon consideration, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore

**ORDERED, ADJUDGED AND DECREED** that all claims and counterclaims asserted in the suit between Plaintiff and Defendant are hereby **DISMISSED WITH PREJUDICE.**

Defendant may assert fees and/or costs related to this matter for 30 days from the date of this Order.

So ORDERED and SIGNED this 10th day of April, 2014.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE